UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TONY CHOW,

    Defendant.
_____/

No. C 04-0382 PJH

**ORDER REASSIGNING CASE**

    Pursuant to General Order 44 (E)(4), the above case is reassigned to the Honorable Charles Breyer. Judge Breyer will conduct the pretrial conference, originally scheduled for February 15, 2006, before Judge Hamilton, and will preside over the trial beginning February 27, 2006. The parties shall contact Judge Breyer's chambers to confirm the pretrial and trial dates. All pretrial papers currently filed will be provided to Judge Breyer by Judge Hamilton's chambers. Courtesy copies of any future filings shall be delivered to Judge Breyer's chambers.

    Prior to reassignment, on January 18, 2006, the court heard argument on four motions filed by defendant including: (1) motion for in camera review of cooperating witness' probation file; (2) motion for order enforcing representations made by the government; (3) motion for discovery and disclosure of impeachment information; and (4) motion for discovery. The court GRANTED IN PART and DENIED IN PART the first motion for the reasons stated on the record. The court DENIED the second motion for the reasons stated on the record.

As for the third and fourth motions, the court ordered the parties to meet and confer. The government filed a supplemental response on January 30, 2006, following the meet and confer; and defendant filed a reply that same day. It appears from defendant's reply that all of the discovery issues have been settled except for one. Contrary to the government, the defendant contends that the FBI was involved in the investigation of this case. Defendant provides a copy of the lead agent's rough notes to this effect. Defendant therefore requests the government to review FBI files as to his discovery requests numbered 2, 3, 4, 8, 9, 10, 12, 13, 14, and 19. To the extent that an issue regarding this discovery remains at the time of the pretrial conference, the parties should raise the issue with Judge Breyer.

**IT IS SO ORDERED.**

Dated:   February 9, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

Dated:   February 9, 2006                    /s/

_____
CHARLES R. BREYER
United States District Judge