```
                                                        FILED
1  GILBERT EISENBERG (CA SBN 28900)
   400 Montgomery Street, Second Floor                  DEC 1 9 2006
2  San Francisco, California 94104
   Facsimile: (415) 296-8734                            RICHARD W. WIEKING
3  Telephone: (415) 433-3476                            CLERK U.S. DISTRICT COURT
                                                        NORTHERN DISTRICT OF CALIFORNIA
4  Attorney for Defendant
   LUP PARK LI
5
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 04-0382 CRB |
|---|---|
| Plaintiff, | ) **ORDER TO RECONVEY REAL PROPERTY POSTED FOR SECURITY FOR BAIL** |
| vs. | ) |
| LUP PARK LI, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that, since defendant has been sentenced and is currently serving his sentence in prison, the real property posted as security for the bail in this case be reconveyed from the Court Clerk to SHUI FONG MA, CHUNG WAN LI and WEI JING LI, the owners of the property posted.

DATED: December 19, 2006

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

### STIPULATION

It is hereby stipulated by the government that, given that defendant has been sentenced and has commenced serving his sentence in federal prison, the real property posted as security for the bail in this case be reconveyed from the Court Clerk to SHUI FONG MA, CHUNG WAN LI and WEI JING LI, the owners of the property posted.

DATED: December 18, 2006                KEVIN V. RYAN

ORDER TO RECONVEY PROPERTY
No. CR 04-0382 CRB

| | |
|---|---|
| 1 | United States Attorney |
| 2 | |
| 3 | By: /s/ Stephen H. Jigger |
| 4 | STEPHEN H. JIGGER<br>Assistant United States Attorney |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ORDER TO RECONVEY PROPERTY
No. CR 04-0382 CRB

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>    Plaintiff,<br><br>v.<br><br>Li,<br><br>    Defendant. | Case Number: CR04-00382 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gilbert Eisenberg
Law Offices of Gilbert Eisenberg
400 Montgomery Street, Suite 200
San Francisco, CA 94104-1325

Stephen H. Jigger
U.S. Attorney's Office
OCDETF/Narcotics
450 Golden Gate Avenue, 11th Floor
Box 36055
San Francisco, CA 94102

Dated: December 19, 2006

                                Richard W. Wieking, Clerk
                                By: Barbara Espinoza, Deputy Clerk